IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Tommy Young, | ) | C/A No.: 1:11-2374-CMC-SVH |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | |
| | ) | ORDER |
| Warden Stevenson, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, proceeding *pro se* and *in forma pauperis*, filed this petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter comes before the court upon Petitioner's motion for reconsideration of the order denying his motion seeking discovery [Entry #21]. Pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), all pretrial proceedings have been referred to the undersigned.

Motions for reconsideration of interlocutory orders are appropriately granted only in narrow circumstances: (1) the discovery of new evidence, (2) an intervening development or change in the controlling law, or (3) the need to correct a clear error or prevent manifest injustice. *American Canoe Ass'n v. Murphy Farms, Inc.*, 326 F.3d 505 (4th Cir. 2003). Petitioner has not identified any of the narrow circumstances appropriate for granting a motion to reconsider. Therefore, Petitioner's motion for reconsideration is denied. [Entry #21].

IT IS SO ORDERED.

July 26, 2012  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge