IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Tommy Young, | ) | C/A No.: 1:11-2374-CMC-SVH |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | |
| | ) | ORDER |
| Warden Stevenson, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, proceeding *pro se* and *in forma pauperis*, filed this petition seeking a writ

of habeas corpus pursuant to 28 U.S.C. § 2254. This matter comes before the court upon

Petitioner's motion for reconsideration of the order denying his motion seeking discovery

[Entry #21]. Pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civil Rule

73.02(B)(2) (D.S.C.), all pretrial proceedings have been referred to the undersigned.

Motions for reconsideration of interlocutory orders are appropriately granted only

in narrow circumstances: (1) the discovery of new evidence, (2) an intervening

development or change in the controlling law, or (3) the need to correct a clear error or

prevent manifest injustice. *American Canoe Ass'n v. Murphy Farms, Inc.*, 326 F.3d 505

(4th Cir. 2003). Petitioner has not identified any of the narrow circumstances appropriate

for granting a motion to reconsider. Therefore, Petitioner's motion for reconsideration is

denied. [Entry #21].

IT IS SO ORDERED.

*Shiva V. Hodges*

July 26, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge